**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** ) | BK No. 22-02944 | |
| **Hector Vega** ) | | |
| ) | **Chapter: 13** | |
| ) | **Honorable Judge David Cleary** | |
| **Debtors** ) | | |

### NOTICE OF FILING

To: *See Service List attached hereto.*

     Please take notice that the undersigned attorney caused to be filed electronically on June 23, 2022, in the CM/ECF system, **Objections of Secured Creditor/Real Estate Tax Purchaser Interstate Funding Corporation to Debtor's Petition and Chapter 13 Plan** (Dkt. Nos. 1, 7), a copy of which is attached and hereby served upon you.

Dated: June 23, 2022

                                      Respectfully Submitted,

                                      TANNEN LAW GROUP, P.C.

                                      By:   /s/ *Michael M. Tannen*
                                          Attorneys for Interstate Funding Corporation

Michael M. Tannen (#6204635)
*mtannen@tannenlaw.com*
Timothy R. Meloy (#6325769)
*tmeloy@tannenlaw.com*
Tannen Law Group, P.C.
77 West Washington Street, Suite 500
Chicago, IL 60602
(312) 641-6650

# CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that on June 23, 2022, he caused true and correct copies of this **Notice of Filing** and **Objections of Secured Creditor/Real Estate Tax Purchaser Interstate Funding Corporation to Debtor's Petition and Chapter 13 Plan** to be filed electronically in the CM/ECF system and service accomplished pursuant to CM/ECF to the Service List and counsel of record.

                                             /s/ *Michael M. Tannen*

Michael M. Tannen (#6204635)
*mtannen@tannenlaw.com*
Timothy R. Meloy (#6325769)
*tmeloy@tannenlaw.com*
Tannen Law Group, P.C.
77 West Washington Street, Suite 500
Chicago, IL 60602
(312) 641-6650

# SERVICE LIST

Hector Vega
192 Interocean Ave
Chicago Heights, IL 60411
***Debtor***

David Freydin
Law Offices of David Freydin Ltd
8707 Skokie Blvd, Ste 312
Skokie, IL 60077
(630) 516-9990
*david.freydin@fredyinlaw.com*
***Attorney for Debtor***

Marilyn O. Marshall
Office of the Chapter 13 Trustee
224 S. Michigan Ave, Ste 800
Chicago, IL 60604
(312) 431-1300
*mmarshall@chi13.com*
***Chapter 13 Trustee***

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, IL 60604
(312) 886-5785
*ustpRegion11.ES.ECF@usdoj.gov*
***U.S. Trustee***

UNITED STATE BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | BK No. 22-02944 |
| Hector Vega | ) | |
| | ) | **Chapter: 13** |
| | ) | **Honorable Judge David Cleary** |
| Debtors | ) | |

**OBJECTIONS OF SECURED CREDITOR/REAL ESTATE TAX PURCHASER
INTERSTATE FUNDING CORPORATION TO
<u>DEBTOR'S PETITION AND CHAPTER 13 PLAN</u>**

Secured Creditor/Delinquent Real Estate Tax Purchaser Interstate Funding Corporation ("Interstate Funding"), through its attorneys, Michael M. Tannen and Timothy R. Meloy of Tannen Law Group, P.C, hereby tenders its objections to Debtor Hector Vega's ("Debtor") bankruptcy petition (Dkt. No. 1) and proposed Chapter 13 plan (Dkt. No. 7).

**Introduction**

1. Interstate Funding is a delinquent real estate tax purchaser who possesses a Certificate of Purchase from the Cook County Clerk, dated July 12, 2019, for the real property located at 192 Interocean Drive in Chicago Heights, Illinois ("the Interocean Avenue Property"). (See Certificate of Purchase, attached as **Exhibit A**.) The owner or occupant of the Interocean Avenue Property have not paid real estate taxes for the years 2017 through the present.

2. Debtor filed for Chapter 13 bankruptcy protection on March 15, 2022. Interstate Funding had no knowledge of Debtor's bankruptcy until June 7, 2022 because Debtor incorrectly listed Interstate Funding's office as being located at 450 Skokie boulevard, Suite 1000 in Skokie, the office for "First Interstate Funding Corporation." Interstate Funding's office is at 820 Church Street in Evanston. (See letter of June 7 to Debtor's counsel, attached as **Exhibit B**.)

3. In his petition, Debtor asserts he is the owner in fee simple of the Interocean Avenue Property. This is wrong.

1

4.	The record owners of the Interocean Avenue Property are Jesus and Graciela Carlos.[1] In fact, Debtor is outside the chain of title. In response to the letter of June 7, Debtor's counsel revealed for the first time that Debtor and his wife are the "Buyers" of the Interocean Avenue Property under articles of agreement for deed executed in July 2014. Jesus Carlos is identified as the Seller. (The articles are attached as **Exhibit D.**) The articles of agreement for deed were never recorded. At best, Debtor has some sort of unperfected and unrecorded equitable interest in the Interocean Avenue Property.

5.	For this reason, and for those to follow, Interstate Funding objects to Debtor's petition and proposed plan and request that the Chapter 13 current plan not be confirmed.

**Interstate Funding's Objections to Debtor's Chapter 13 Petition and Chapter 13 Plan**

6.	Interstate Funding objects to Debtor's petition, his schedules, and his Chapter 13 plan for the following reasons:

(a)	Debtor is not the record owner in fee simple of the Interocean Avenue Property.

(b)	Debtor does not list Jesus Carlos as a creditor of his estate. Debtor does not identify the articles of agreement for deed anywhere in his schedules. Nor does Debtor provide for any payment of the articles of agreement for deed in his Chapter 13 Plan.

(c)	Debtor's Rule 341 finally proceeded on June 22, 2022. The exam was hampered because of Debtor's limited knowledge of English and because his counsel was ill; coverage counsel pitched in at the last moment. In any event, we learned:

- Debtor is not unemployed as he claimed in his schedules and he does not receive nearly two thousand dollars a month in unemployment benefits. He has been working <u>for a year</u> as a laborer for Greenfields earning $15.00 an hour.

- Debtor no longer is paid $650 a month from his son as he stated in his schedules.

- Debtor stopped paying for homeowner's insurance a year ago.

---

[1] Jesus Carlos is listed as the taxpayer on the Cook County Treasurer's website. Someone claims a homestead exemption according to the Cook County Treasurer. (See Cook County Treasurer printouts, **Exhibit C.**)

2

- In Schedule J, Debtor does not allocate any money for the payment of real estate taxes or for health care. The first installment of 2021 taxes, due just before Debtor sought bankruptcy protection, remain unpaid. Under the articles of agreement, Debtor has been responsible for paying real estate taxes since 2014.

- In his Chapter 13 plan, Debtor proposes to pay no interest for the delinquent real estate taxes he wants to pay over the life of the plan. However, the sold taxes date back to 2018 and Debtor should pay 12% statutory interest on tax payments he wants to spread over time.

7. For the foregoing reasons, Debtor's Chapter 13 schedules are deficient and he has not shown that his current Chapter 13 proposed plan is feasible.

**Conclusion**

8. As it stands now, Debtor's interest in the Interocean Avenue Property is incorrectly defined; his schedules are a mess; the Interocean Property is uninsured; and Debtor fails to address or even mention the unrecorded articles of agreement for deed in his schedules or his plan.

9. To be clear: Interstate Funding is open to agreeing to a feasible plan. But, the current schedules and plan are sorely lacking.

WHEREFORE, Creditor Interstate Funding Corporation respectfully requests that Debtor's current Chapter 13 plan not be confirmed.

Respectfully Submitted,

TANNEN LAW GROUP, P.C.

By:   /s/ *Michael M. Tannen*
Attorneys for Interstate Funding Corporation

Michael M. Tannen (*mtannen@tannenlaw.com*)(#6204635)
Timothy R. Meloy (*tmeloy@tannenlaw.com*)
Tannen Law Group P.C.
77 W. Washington St., Ste. 500
Chicago, IL 60602
312.641.6650

3